# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PATRICIA McGOWN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM INSKEEP; et al.,<br><br>Defendants. | CV 20-20-BU-BMM<br><br><br><br>ORDER VACATING SCHEDULING ORDER |

Based upon the Unopposed Motion to Vacate Scheduling Order and good cause appearing, IT IS HEREBY ORDERED the Court's Scheduling Order (Doc. 29) issued on July 29, 2020 is vacated.  A new Scheduling Order will be issued after all new parties have been served.

DATED this 16th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court